UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. :   12-40934-659 |
| ) | Chapter     13 |
| Tamara L. Vinson, ) | |
| ) | Motion to Incur Debt |
| Debtor. ) | Response due:     04-27-15 |

## NOTICE OF FILING OF MOTION

PLEASE TAKE NOTICE; ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS MOTION MUST BE FILED IN WRITING NO LATER THAN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS MOTION AS SHOWN ON THE CERTIFICATE OF SERVICE (see L.B.R. 9013-1B., 9161-1B.)  THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.B.R. 9013-1A.  THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESPONSIVE PERIOD IF NO RESPONSE IS FILED.  IF A RESPONSE OR OBJECTION IS FILED, THE MOVANT SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF TO THE RESPONDENT AND ALL ENTITIES DESCRIBED IN L.B.R. 9013.1A.

## MOTION TO INCUR DEBT

Debtor, Tamara Vinson, by and through her attorney, Steven K. Brown, hereby respectfully requests that this Court enter its Order approving the following proposed consumer debt for the reasons set forth below:

1. The debt for which the Court's approval is sought is a mortgage on residential real estate.
2. Debtor is currently renting her residence at a cost of $600.00 per month.
3. Debtor wishes to purchase her own home.
4. Debtor proposes to borrow no more than $94,087.00 and to pay a maximum of $497.63 in principal and interest per month for 30 years.  The total expected payment, including escrow, will be $822.63.  The expected interest rate on the proposed loan is 4.870% per annum.  Debtor proposes to pay the debt outside the Chapter 13 Plan upon approval of the proposed financing by the Court.  Debtor's mortgage application has been approved by New American Funding
5. While the total new mortgage payment, including escrow, would be more than her current rental payment, the proposed principal and interest payment is less than current rent, and purchasing a home would allow Debtor to build equity in her real property for future retirement purposes.
6. Debtor is filing her amended Schedules I and J showing her ability to make the mortgage payment outside the Plan.
7. This proposed loan will not adversely affect the amount of Debtors Chapter 13 Plan payments.

WHEREFORE and for the foregoing reasons, Debtor request the Court's approval of the proposed consumer debt.

The undersigned hereby certifies that a copy of the foregoing Notice and Motion were served upon the persons below by either electronic case notice or by first class mail, postage prepaid this 6th day of April, 2015.

                                              Steven K. Brown MBE 22907 #2724
                                              Law Offices of Steven K. Brown
                                              1221 Locust Suite 500
                                              Saint Louis MO 63103-2364
                                              (314) 421-2011/(314) 421-6470 (fax)
                                              steven@skblaw.com

| | |
|---|---|
| John V. LaBarge<br>PO Box 430908<br>Saint Louis MO 63143<br>(ECF Notice) | Ardmore Finance<br>1015 Locust Street, Ste 740<br>Saint Louis MO 63101 |
| Service by US Mail: | Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 |
| Tamara Vinson<br>3915 Iowa Avenue Apartment A<br>Saint Louis MO 63118 | Associated Recovery Systems<br>PO Box 469046<br>Escondido CA 92046-9046 |
| Account Resolution Corporation<br>17600 Chesterfield Suite 201<br>Chesterfield MO 63005 | AT&T<br>Bankruptcy Department<br>PO Box 80517<br>Charleston SC 29416-0517 |
| ACS<br>PO Box 22724<br>Long Beach CA 90801-5274 | Bank of America Home Loans<br>Attn Bankruptcy<br>7105 Corporate Drive<br>TX2-983-03-02<br>Plano TX 75024-4100 |
| AES/PHEAA<br>PO Box 8183<br>Harrisburg PA 17105 | |
| American Education Services<br>PO Box 2461<br>Harrisburg PA 17105-2461 | Bank of America NA<br>Loss Recovery<br>800 Market Street<br>MO1-800-06-14<br>Saint Louis MO 63101-2510 |
| American InfoSource LP<br>4515 North Santa Fe Avenue<br>Oklahoma City OK 73118 | Budget Finance<br>3717 S. Kingshighway<br>Saint Louis MO 63109 |
| Anheuser Busch CU<br>1001 Lynch Street<br>Saint Louis MO 63118 | |

Capital One Services, Inc
C/O American InfoSource
PO Box 54529
Oklahoma City OK 73154-4529

CashNetUSA.com
200 West Jackson Blvd 14th Floor
Chicago IL 60606-6941

Chase Cardmember Services
PO Box 15298
Wilmington DE 19850-5298

Citibank
Citicorp Credit Services
7920 Northwest 110th Street
Kansas City MO 64153

Dollars Today
3317 B Mississippi Avenue
East Saint Louis IL 62206

ECMC
PO Box 75906
Saint Paul MN 55175

FedLoan Servicing
PO Box 69184
Harrisburg PA 17106-9184

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 103106
Roswell GA 30076

Great Plains Specialty Finance
DBA Check N Go
9016 Overland Plaza
Saint Louis MO 63114

Great Lakes Higher Education Corp
2401 International Lane
Madison WI 53704

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

James Grudus Esq
AT&T Services Inc
One AT&T Way Room 3A218
Bedminster NJ 07921

Kramer & Frank PC
9300 Dielman Ind. Dr. Ste 100
Saint Louis MO 63132

Loan Express
3915 Mississippi Avenue
East Saint Louis IL 62206

Manhattan Savings Bank
C/O AFSA Data Corp
501 Bleecker Street
Utica NY 13501

Master Finance Corp
1015 Locust Ave, Ste 732
Saint Louis MO 63101

Midland Credit Management
8875 Aero Drive Ste 200
San Diego CA 92123

Missouri Department of Revenue
General Counsel's Office
PO Box 475
Jefferson City MO 65105-0475

Missouri Payday Loans
3717 S Kingshighway Blvd
Saint Louis MO 63109

MSD
Bankruptcy Department
2350 Market Street
Saint Louis MO 63103

National Capital Management
8245 Tournament Drive Suite 230
Memphis TN 38125

Oak Harbor Capital LLC
C/O Weinstein and Riley PS
2001 Western Avenue Suite 400
Seattle WA 98121

Portfolio Recovery Associates
PO Box 41067
Norfolk VA 23541

Quantum3 Group LLC
PO Box 788
Kirkland WA 98083-0788

Sallie Mae
PO Box 9500
Wilkes Barre PA 18773-9500

SLUCare
PO Box 18353M
Saint Louis MO 63195-8353

Southwest Credit Systems
4120 International Parkway Suite 1100
Carrollton TX 75007-1958

Sun Loan
9000 Saint Charles Rock Road
Saint Louis MO 63114-4246

Surety Finance
1250 Camp Jackson Road
East Saint Louis IL 62206

TitleMax of Missouri, Inc.
1311 North Grand Blvd
Saint Louis MO 63106

TitleMax of Missouri, Inc.
15 Bull Street Suite 200
Savannah GA 31401

US Department of Education
Direct Loan Servicing Center
PO Box 65128
Saint Paul MN 55165

Weinstein and Riley PS
2001 Western Avenue Suite 400
Seattle WA 98121

Wells Fargo Educational Finc
301 E 58th Street N
Sioux Falls SD 57104

WFNNB
Bankruptcy Department
PO Box 182125
Columbus OH 43218-2125

ZestCash
6636 Hollywood Blvd
Los Angeles CA 90028