UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 12-40934-659 |
| ) | |
| TAMARA L VINSON ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |

**TRUSTEE'S RESPONSE TO MOTION TO INCUR DEBT TO PURCHSE RESIDENCE**

    Comes now Diana S. Daugherty MO36347, Standing Chapter 13 Trustee, and states as follows:

    The proposed purchase would increase Debtor's monthly housing costs at the same time she seeks to incur student loan debt to pursue a PHD. Debtor has failed to turn over to the Trustee the full required portion of her 2014 tax refund because she used part of the refund to pay for auto repairs, which indicates that Debtor's current budget is not sufficient to fund the type of emergency expenses that are relatively common and which would occur more frequently with home ownership.

Dated: April 16, 2015
RSPGEN--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347
Attorney for Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of April 16, 2015.

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347

TAMARA L VINSON
3915 IOWA AVE
APT A
SAINT LOUIS, MO  63118

STEVEN K BROWN
1221 LOCUST
STE 500
ST LOUIS, MO  63103